LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 10-04108-GAF (Ex) | Date | June 23, 2010 |
|---|---|---|---|
| Title | Coach Services, Inc. v. Cielo Creations, Inc. et al | | |

| Present: The Honorable | **GARY ALLEN FEESS**, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers)**

## ORDER TO SHOW CAUSE

   Plaintiff has failed to submit the required Report on the Filing or Determination of an Action Regarding a Patent or Trademark (form AO-120) and/or Report on the Filing or Determination of an Action or Appeal Regarding a Copyright (form A0-121).

   Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** by the close of business on **Monday, July 12, 2010** why the Court should not dismissed.

   Submission of the required AO-120 and/or AO-121 form will satisfy this Order.

   Failure to respond to this OSC will be deemed consent to the dismissal of the action.

   IT IS SO ORDERED.